# MINUTE ORDER

Page 1

## Magistrate Judge Peter R. Palermo

King Building Courtroom 10-6  Date: 10/13/11   Time: 10:00 A.M.

Defendant: Cinergy Telecommunications   J#: N/A   Case #: 09-21010-CR-MARTINEZ
AUSA: John Couriel   Attorney: JOEL HIRSCHHORN
Violation: CONSPIRACY TO DEFRAUD THE UNITED STATES
Proceeding: INITIAL APPEARANCE and ARRAIGNMENT   CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No   Recommended Bond:
Bond Set at: _____   Co-signed by: _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: N/A

Disposition:
Counsel appears permanent.
Bond   N/A
DEFENDANT ARRAIGNED

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:11:28   Time in Court: 5

s/Peter R. Palermo   Magistrate Judge