UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21010-CR-MARTINEZ(s)

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CINERGY TELECOMMUNICATIONS, INC

        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : _N/A_

Language: _N/A_

The above-named Defendant appeared before Senior Magistrate Judge **PETER R. PALERMO**. The defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:    Address _____

Tel. No: _____

Defense Counsel:    Name : _JOEL HIRSCHHORN_

Address: _____

Tel. No: _N/A_

Bond Set/Continued:    $ _N/A_

Dated this _13th_ day of _October_, 2011.

STEVEN L. LARIMORE, CLERK

BY _Maedon Clark_
Deputy Clerk