**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 09-CR-21010-JEM**

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

CINERGY TELECOMMUNICATIONS INC.,

      Defendant.

_____/

## <u>NOTICE OF FILING DISCOVERY RESPONSE</u>

      Defendant, **CINERGY TELECOMMUNICATIONS, INC.,** by and through undersigned

counsel, files this Second Notice of Discovery Response.  This response complies with Federal Rule

of Criminal Procedure 16, and the documents are Bates Numbered.

### **<u>Defendant's Evidence</u>**[1]

    A.  Cinergy Documents (Bates #CYN010015 – CYN014295)
    B.  Cinergy Documents (Bates #CYN014336 – CYN014507)
    C.  Cinergy Documents (Bates #CYN20000 – CYN20079)
    D.  Cinergy Documents (Bates #CYN10000 – CYN10013)[2]
    E.  Cinergy Documents (Bates #CYN999999)
    F.  Uniplex Documents (Bates #UPX06000 – UPX06005)
    G.  Uniplex Documents (Bates #UPX005000 – UPX005015)[3]

---

[1] The documents are being hand delivered to Department of Justice Attorneys James M. Koukios and Daniel S. Kahn, today, December 15, 2011.
[2] Documents previously provided to Department of Justice Attorneys James M. Koukios and Daniel S. Kahn via email on December 1, 2011.
[3] Documents previously provided to Department of Justice Attorneys James M. Koukios and Daniel S. Kahn via email on December 1, 2011.

Respectfully submitted,

HIRSCHHORN & BIEBER, P.A.
Attorneys for Defendant
550 Biltmore Way
Penthouse Three A
Coral Gables, Florida 33134
Telephone: (305) 445-5320
Facsimile: (305) 446-1766

By: /s/_____
    JOEL HIRSCHHORN
    Florida Bar No.: 104573
    jhirschhorn@aquitall.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 15, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

James M. Koukios
Department of Justice
Fraud Section, Criminal Division
New York Ave., N.W.
Washington, DC 20009
James.Koukios@usdoj.gov

Daniel S. Kahn
United States Attorney's Office
Criminal Division, Fraud Section
1400 New York Ave, NW
Fourth Floor
Washington, DC 20005
Daniel.Kahn@usdoj.gov

s/Joel Hirschhorn_____
JOEL HIRSCHHORN